

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-18-00449-CR

Alberto M. **LÓPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5048
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on August 8, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.

_____
Keith E. Hottle, Clerk of Court